**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

MAY 19 2003

**PATRICK FISHER**
**Clerk**

MILTON LEE,

       Plaintiff - Appellant,

vs.

KEITH HENRY, Judge, Junction City,
Kansas; WAYNE LOSSMAN, Chief
Jailer, Junction City, Kansas of Geary
County Jail,

       Defendants - Appellees.

No. 03-3039
(D.C. No. 02-CV-3411-GTV)
(D. Kan.)

---

**ORDER AND JUDGMENT***

---

Before **KELLY**, **BRISCOE**, and **LUCERO**, Circuit Judges.**

     Mr. Lee, appearing pro se and in forma pauperis, appeals from the district

court's dismissal without prejudice of his civil rights action against Defendant

Wayne Lossman. He does not contest the dismissal with prejudice of Defendant

Judge Henry based upon absolute judicial immunity. Mr. Lee contends that his

---

   * This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. This court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

   ** After examining the briefs and the appellate record, this three-judge
panel has determined unanimously that oral argument would not be of material
assistance in the determination of this appeal. See Fed. R. App. P. 34(a); 10th
Cir. R. 34.1(G). The cause is therefore ordered submitted without oral argument.

suit for damages against the county jailer is not barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), as the district court so held.

According to the complaint, Mr. Lee was sentenced to serve 30 days consecutive to any county sentence. He alleges that there was no county sentence, yet he was required to serve extra time from July 27, 2001 to August 15, 2001. He faults the judge for illegally ordering a consecutive sentence and the jailer for carrying it out. R. Doc. 1 at 3, 5. This action is premature under Heck because it would imply the invalidity of the sentence pronounced by the state judge and executed by the county jailer. 512 U.S. at 486-87. Thus, we affirm for substantially the same reasons relied upon by the district court.

AFFIRMED. Mr. Lee is reminded that he must make partial payments until the entire balance of the appellate filing fee is paid.

Entered for the Court

Paul J. Kelly, Jr.
Circuit Judge